**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **FRED THOMAS, JR.**<br><br>Plaintiff,<br><br>v.<br><br>**CNN, *et al.*,**<br><br>Defendants. |

Civil Action No. 24-1044 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

  **THIS MATTER** comes before the Court upon Pro Se Plaintiff Fred Thomas, Jr.'s ("Plaintiff") application to proceed in forma pauperis ("IFP"). (ECF No. 1-3.) For the reasons set forth in the accompanying Opinion,

  **IT IS** on this **2nd** day of **March 2026**,

  **ORDERED** that Plaintiff's application to proceed IFP is hereby **GRANTED**; it is further

  **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**; and it is further

  **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

          s/ Zahid N. Quraishi
          **ZAHID N. QURAISHI**
          **UNITED STATES DISTRICT JUDGE**